

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  SIGAL CHATTAH
   Acting United States Attorney
2  District of Nevada
   Nevada Bar Number 8264
3  DANIEL J. COWHIG
   Assistant United States Attorney
4  501 Las Vegas Blvd. South, Suite 1100
   Las Vegas, Nevada 89101
5  (702) 388-6336
   daniel.cowhig@usdoj.gov
6  Attorneys for the United States of America

```
                FILED _____  RECEIVED
                ENTERED _____ SERVED ON
                        COUNSEL/PARTIES OF RECORD

                    SEP 03 2025

                CLERK US DISTRICT COURT
                  DISTRICT OF NEVADA
            BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **SEALED CRIMINAL INDICTMENT** |
| Plaintiff, | Case No. 2:25-cr-269-RFB-BNW |
| vs. | |
| LUIS ALBERTO OSORIO, JOHAN SEBASTIAN OSORIO, JUAN ANTONIO ORTIZ, and JAIME M. MENDOZA, | **VIOLATIONS:**

Count One:
18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2 – Dealing in Firearms Without a License

Counts Two through Fourteen:
18 U.S.C. §§ 922(a)(6) and 924(a)(2) – Illegal Acquisition of Firearms

Counts Fifteen through Eighteen:
18 U.S.C. §§ 922(a)(6) 924(a)(2) and 2 – Illegal Acquisition of Firearms |
| Defendants. | |

**THE GRAND JURY CHARGES THAT:**

<u>**COUNT ONE**</u>
Dealing in Firearms Without a License
(18 U.S.C. §§ 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2)

Beginning on or about August 1, 2016, and continuing up to and including on or about October 27, 2024, in the State and Federal District of Nevada and elsewhere,

**LUIS ALBERTO OSORIO,
JOHAN SEBASTIAN OSORIO,
and
JUAN ANTONIO ORTIZ,**

defendants herein, aided and abetted by each other, not being licensed dealers of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms, or in the course of such business did ship, transport, or receive a firearm in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), 924(a)(1)(D) and 2.

<u>**COUNTS TWO THROUGH FOURTEEN**</u>
Illegal Acquisition of a Firearm
(18 U.S.C. §§ 922(a)(6) and 924(a)(2))

Beginning on or about April 1, 2021, and continuing up to and including on or about January 27, 2024, in the State and Federal District of Nevada,

**LUIS ALBERTO OSORIO,**

defendant herein, in connection with, as described below, the acquisition of firearms from licensed dealers of firearms within the meaning of Chapter 44 of Title 18, United States Code (the "Dealers"), knowingly made and caused to be made a false and fictitious written statement to each of the Dealers, which statements were intended and likely to deceive each of the Dealers as to a fact material to the lawfulness of the sale of said firearms under

1  Chapter 44 of Title 18, United States Code, in that LUIS ALBERTO OSORIO did
2  complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473
3  Firearms Transaction Record, wherein LUIS ALBERTO OSORIO represented that he was
4  the actual transferee/buyer of the firearm listed on the form, when in fact, and as LUIS
5  ALBERTO OSORIO well knew, he was acquiring the firearm on behalf of other persons,

| COUNT | DATE | DEALER | FIREARMS |
|---|---|---|---|
| TWO | April 1, 2021 | Arms-R-Us, LLC | Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TS09387 |
| THREE | April 29, 2021 | Gun World, LLC | Colt's Patent Firearms Manufacturing Company Government Model .38 Super semiautomatic pistol bearing serial number GV019575 |
| FOUR | May 21, 2021 | Gun World, LLC | Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TT21239 |
| FIVE | December 3, 2021 | Gun World, LLC | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7064083 |
| SIX | December 21, 2021 | AGCLV, Inc., doing business as American Shooters | Barrett Firearms Manufacturing, Inc. model 82A1 .50 BMG semiautomatic rifle bearing serial number AA013083 |
| SEVEN | April 4, 2023 | Gun World, LLC | Century Arms model BFT47 7.62x39mm semiautomatic pistol bearing serial number BFT47P01988 |

| EIGHT | April 4, 2023 | Arms-R-Us, LLC | RWC Group (Kalishnikov) model KR-103 7.62x39mm semiautomatic rifle bearing serial number K3R0009730 |
|---|---|---|---|
| NINE | April 5, 2023 | C-A-L Ranch Stores, LLC | Riley Defense model RAK 47 7.62x39mm semiautomatic rifle bearing serial number B50462 |
| TEN | April 14, 2023 | Juggernaut Arms, LLC | Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-145538 |
| ELEVEN | April 14, 2023 | Reno Guns, Inc., doing business as Reno Guns & Range | RWC Group (Kalishnikov) model KR-103 7.62x39mm semiautomatic rifle bearing serial number K3R0013835 |
| TWELVE | April 18, 2023 | Discount Firearms and Ammo, LLC, doing business as Discount Firearms | Century Arms model BFT-47 7.62x39mm semiautomatic pistol bearing serial number BFT47P02574; and Romarm model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 21A1-91941; and Romarm / Cugir model Draco 7.62x39mm semiautomatic pistol bearing serial number ROA21DG-2707 |
| THIRTEEN | April 18, 2023 | Recon Unlimited, LLC, doing business as ReconArms | Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-140838 |
| FOURTEEN | January 27, 2024 | Lander Hardware, LLC | Ohio Ordnance Works, Inc. model M2-SLR .50 BMG semiautomatic belt-fed rifle bearing serial number 850504 |

all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIFTEEN
Illegal Acquisition of a Firearm
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about April 5, 2023, in the State and Federal District of Nevada,

**LUIS ALBERTO OSORIO,**
and
**JUAN ANTONIO ORTIZ,**

defendants herein, aided and abetted by each other, in connection with the acquisition of a firearm, specifically: an Ohio Ordnance Works Inc. model M2-SLR .50 BMG semiautomatic belt-fed rifle bearing serial number 850432, from Briarhawk Firearms & Ammunition, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Briarhawk Firearms & Ammunition, which statement was intended and likely to deceive Briarhawk Firearms & Ammunition as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that ORTIZ did complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, wherein ORTIZ represented that he was the actual transferee/buyer of the firearm listed on the form, when in fact, and as ORTIZ well knew, he was acquiring the firearm on behalf of other persons, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT SIXTEEN**
Illegal Acquisition of a Firearm
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about May 30, 2023, in the State and Federal District of Nevada,

**LUIS ALBERTO OSORIO,**
and
**JUAN ANTONIO ORTIZ,**

defendants herein, aided and abetted by each other, in connection with the acquisition of a firearm, specifically: an Ohio Ordnance Works Inc. model M2-SLR .50 BMG semiautomatic belt-fed rifle bearing serial number 850436, from Briarhawk Firearms & Ammunition, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Briarhawk Firearms & Ammunition, which statement was intended and likely to deceive Briarhawk Firearms & Ammunition as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that ORTIZ did complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, wherein ORTIZ represented that he was the actual transferee/buyer of the firearm listed on the form, when in fact, and as ORTIZ well knew, he was acquiring the firearm on behalf of other persons, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**COUNT SEVENTEEN**
Illegal Acquisition of a Firearm
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about June 26, 2023, in the State and Federal District of Nevada,

**LUIS ALBERTO OSORIO,**
and
**JAIME M. MENDOZA,**

defendants herein, aided and abetted by each other, in connection with the acquisition of a firearm, specifically: a Fabrique Nationale Herstal model M249S Para 5.56x45mm semiautomatic belt-fed rifle bearing serial number M249SA08317, from Reno Sparks Scheels, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Reno Sparks Scheels, which statement was intended and likely to deceive Reno Sparks Scheels as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that MENDOZA did complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, wherein MENDOZA represented that he was the actual transferee/buyer of the firearm listed on the form, when in fact, and as MENDOZA well knew, he was acquiring the firearm on behalf of other persons, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

## COUNT EIGHTEEN
Illegal Acquisition of a Firearm
(18 U.S.C. §§ 922(a)(6), 924(a)(2) and 2)

On or about January 18, 2024, in the State and Federal District of Nevada,

**LUIS ALBERTO OSORIO,**
and
**JOHAN SEBASTIAN OSORIO,**

defendants herein, aided and abetted by each other, in connection with the acquisition of a firearm, specifically: a Fabrique Nationale Herstal model M249S Para 5.56x45mm semiautomatic belt-fed rifle bearing serial number M249SA08516, from Apex Global LLC, doing business as Apex3D, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Apex Global LLC, which statement was intended and likely to deceive Apex Global LLC as to a fact material to the lawfulness of such sale of said firearm to the defendant under Chapter 44 of Title 18, United States Code, in that JOHAN SEBASTIAN OSORIO did complete and execute a Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, wherein JOHAN SEBASTIAN OSORIO represented that he was the actual transferee/buyer of the firearm listed on the form, when in fact, and as JOHAN SEBASTIAN OSORIO well knew, he was

acquiring the firearm on behalf of other persons, all in violation of Title 18, United States Code, Sections 922(a)(6), 924(a)(2) and 2.

**DATED:** this 3rd day of September 2025.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

SIGAL CHATTAH
Acting United States Attorney

DANIEL J. COWHIG
Assistant United States Attorney