PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

CASE NO. 2:25-cr- 269-RFB-BNW

Matter Sealed: ☐ Juvenile ☑ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☑ Indictment ☐ Charges/Counts Added

☐ Information

USA vs.

Defendant: LUIS ALBERTO OSORIO

Address:

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Las Vegas
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: Ellenrose Jarmolowich

☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (702) 388-6336

Name of Asst. U.S. Attorney (if assigned): DANIEL J. COWHIG

____ FILED ____ RECEIVED
____ ENTERED ____ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 03 2025

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: ________ DEPUTY

☐ Interpreter Required Dialect:

Birth Date ☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Grant Robbins ~ ATF

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☑ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ________ or Date Transferred to Federal Custody ________

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 18

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| | 18 U.S.C. §§ 922(a)(1)(A), 923(a), | Dealing in Firearms Without a License | 1 |
| | 924(a)(1)(D) and 2 | | |
| | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) | Illegal Acquisition of Firearms | 2 thru 14 |
| | 18 U.S.C. §§ 922(a)(6) 924(a)(2) and 2 | Illegal Acquisition of Firearms | 15 thru 18 |
| | | | |