

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard South, Suite 1100 Las Vegas, Nevada 89101
(702) 388-6336

1  TODD BLANCHE
   Deputy Attorney General of the United States
2  SIGAL CHATTAH
   First Assistant U.S. Attorney
3  District of Nevada
   Nevada Bar No. 8264
4  DANIEL J. COWHIG
   Assistant United States Attorney
5  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
6  (702) 388-6336
   daniel.cowhig@usdoj.gov
7  *Attorneys for the United States of America*

8  **UNITED STATES DISTRICT COURT**
9  **DISTRICT OF NEVADA**

10 UNITED STATES OF AMERICA,          Case No. 2:25-cr-269-RFB-BNW

11       Plaintiff,                    UNITED STATES' MOTION TO UNSEAL

12       vs.                           **FILED UNDER SEAL**

13 LUIS ALBERTO OSORIO,
   JOHAN SEBASTIAN OSORIO,
14 JUAN ANTONIO ORTIZ,
           and
15 JAIME M. MENDOZA,

16       Defendants.

17

18       The United States of America, through Todd Blanche, Deputy Attorney General of the

19 United States, and Daniel J. Cowhig, Assistant United States Attorney, request this Honorable

20 Court unseal the indictment in the captioned matter to allow public disclosure of the charges.

21 Respectfully submitted this December 5, 2025.

22                                     TODD BLANCHE
                                       Deputy Attorney General
23
                                       //s// Daniel J Cowhig
24                                     DANIEL J. COWHIG
                                       Assistant United States Attorney

2

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>LUIS ALBERTO OSORIO,<br>JOHAN SEBASTIAN OSORIO,<br>JUAN ANTONIO ORTIZ,<br>    and<br>JAIME M. MENDOZA,<br><br>    Defendants. | Case No. 2:25-cr-269-RFB-BNW<br><br>**UNSEALING ORDER** |

**ORDER**

**IT IS HEREBY ORDERED**, on the motion of the government and good cause appearing therefor, that the indictment in the captioned matter is unsealed.

**IT IS SO ORDERED** this 12th of December, 2025

_____
HONORABLE RICHARD F. BOULWARE II
UNITED STATES DISTRICT JUDGE

3