TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
DANIEL J. COWHIG
CLAY PLUMMER
Assistant United States Attorneys
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
daniel.cowhig@usdoj.gov
clay.plummer@usdoj.gov
*Attorneys for the United States of America*

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
AUG 14 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ALBERTO OSORIO,<br><br>Defendant. | Case No. 2:25-cr-269-RFB-BNW<br><br>**SUPERSEDING CRIMINAL INFORMATION**<br><br><u>VIOLATIONS</u>:<br><br>18 U.S.C. §§ 932(b)(2) and (3) – Straw Purchasing of Firearms<br><br>18 U.S.C. §§ 933(a)(1) and (3) – Trafficking in Firearms<br><br>8 U.S.C. §§ 1324(a)(1)(A)(iii) and (v) – Harboring Certain Aliens<br><br>18 U.S.C. § 1956(h) – Conspiracy to Money Launder |

THE ACTING ATTORNEY GENERAL CHARGES THAT:

**COUNT ONE**
Straw Purchasing of Firearms
(18 U.S.C. §§ 932(b)(2) and (3))

Beginning on or about April 1, 2020, and continuing up to and including on or about September 17, 2025, in the State and Federal District of Nevada and elsewhere,

**LUIS ALBERTO OSORIO,**

defendant herein, did knowingly purchase firearms in or otherwise affecting interstate or foreign commerce, specifically:

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 1. | SIG Sauer model P320 9x19mm semiautomatic pistol bearing serial number 58K002645 | April 14, 2020, from Gun World, LLC in Elko, Nevada |
| 2. | Land Warfare Resources Corporation (LWRC) model MCIC 5.56x45mm semiautomatic pistol bearing serial number 2466825 | May 22, 2020, from Gun World, LLC in Elko, Nevada |
| 3. | SIG Sauer model P365 9x19mm semiautomatic pistol bearing serial number 66A784468 | June 4, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 4. | Wilson model EDC X9 9x19mm semiautomatic pistol bearing serial number WCX6344 | July 3, 2020, from Gun World, LLC in Elko, Nevada |
| 5. | Ruger model 10/22 .22 LR semiautomatic rifle bearing serial number 001806488 | November 13, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 6. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64171709 | December 12, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 7. | Kel-Tec model PMR30 .22 WMR semiautomatic pistol bearing serial number WXSZ74 | December 12, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 8. | Kimber model Rapide .45 ACP semiautomatic pistol bearing serial number K709365 | December 19, 2020, from Reno Sparks Scheels in Sparks, Nevada |
| 9. | Kimber model 1911 .45 ACP semiautomatic pistol bearing serial number K741305 | December 30, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |

| | | |
|---|---|---|
| 10. | FN Herstal model SCAR 20S 7.62x51mm semiautomatic rifle bearing serial number PR15715 | January 6, 2021, from Gun World, LLC in Elko, Nevada |
| 11. | McMillan model MCRT .338 LM bolt-action rifle bearing serial number CK003 | January 11, 2021, from Gun World, LLC in Elko, Nevada |
| 12. | FIME model Rex Zero 1T 9x19mm semiautomatic pistol bearing serial number A15889 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 13. | FIME model Rex Zero 1TC 9x19mm semiautomatic pistol bearing serial number A23041 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 14. | FIME model Rex Zero 1TC 9x19mm semiautomatic pistol bearing serial number A23022 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 15. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BRNG875 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 16. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7045347 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 17. | Century Arms model WASR 10 7.62x39mm semiautomatic rifle bearing serial number A18080820 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 18. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64170424 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 19. | Zastava model ZPAP85 5.56x45mm semiautomatic pistol bearing serial number Z85010534 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 20. | Kel-Tec model PMR30 .22 MAG semiautomatic pistol bearing serial number WXWS90 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 21. | Kimber model Micro 9 9x19mm semiautomatic pistol bearing serial number PB0344431 | March 7, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 22. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR055564 | March 20, 2021, from Gun World, LLC in Elko, Nevada |
| 23. | Glock model 19 9x19mm semiautomatic pistol bearing serial number BSCP449 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 24. | Glock model 19 9x19mm semiautomatic pistol bearing serial number BREM979 | March 26, 2021, from Gun World, LLC in Elko, Nevada |

| | | |
|---|---|---|
| 25. | Smith & Wesson model M&P 15 5.56x45mm semiautomatic rifle bearing serial number T536665 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 26. | Ruger model AR556 5.56x45mm semiautomatic pistol bearing serial number 85375643 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 27. | Century Arms model AP5 9x19mm semiautomatic pistol bearing serial number T062420CF00111 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 28. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386397156 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 29. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BPNC085 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 30. | * Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TS09387 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 31. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BRWK109 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 32. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BEZW913 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 33. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386401035 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 34. | FN Herstal model FNX 45 .45 ACP semiautomatic pistol bearing serial number FX3U147805 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 35. | CZ model P07 9x19mm semiautomatic pistol bearing serial number E071999 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 36. | SIG Sauer model P320 9x19mm semiautomatic pistol bearing serial number 58J202119 | April 8, 2021, from Gun World, LLC in Elko, Nevada |
| 37. | Beretta model 92 9x19mm semiautomatic pistol bearing serial number A261903Z | April 22, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 38. | Windham model Superlight 5.56x45mm semiautomatic rifle bearing serial number WW265578 | April 22, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 39. | Kimber model Rapide 10mm Auto semiautomatic pistol bearing serial number KF103117 | April 22, 2021, from Gun World, LLC in Elko, Nevada |

| | | |
|---|---|---|
| 40. | Glock model 19gen5 9x19mm semiautomatic pistol bearing serial number BSCP448 | April 22, 2021, from Gun World, LLC in Elko, Nevada |
| 41. | CZ model P10 9x19mm semiautomatic pistol bearing serial number F022053 | April 22, 2021, from Gun World, LLC in Elko, Nevada |
| 42. | * Colt's Patent Firearms Manufacturing Company Government Model .38 Super semiautomatic pistol bearing serial number GV019575 | April 29, 2021, from Gun World, LLC in Elko, Nevada |
| 43. | Springfield model Saint Victor 5.56x45mm semiautomatic pistol bearing serial number ST395207 | May 15, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 44. | Colt model Carbine 5.56x45mm semiautomatic rifle bearing serial number CR70854 | May 15, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 45. | HS Produkt/Springfield model XDM 10mm Auto semiautomatic pistol bearing serial number BA250225 | May 20, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 46. | FN Herstal model FN509 9x19mm semiautomatic pistol bearing serial number GKS0187057 | May 20, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 47. | Springfield model Saint 5.56x45mm semiautomatic pistol bearing serial number ST412941 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 48. | * Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TT21239 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 49. | Springfield model Saint 5.56x45mm semiautomatic pistol bearing serial number SE88438 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 50. | DPMS Panther Arms model LR 308, .308 Winchester semiautomatic rifle bearing serial number FFK039181 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 51. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR048160 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 52. | FN Herstal model FN15 5.56x45mm semiautomatic rifle bearing serial number M4CE00709 | November 11, 2021, from Gun World, LLC in Elko, Nevada |
| 53. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H0C26999 | November 11, 2021, from Gun World, LLC in Elko, Nevada |

| | | |
|---|---|---|
| 54. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64208824 | November 11, 2021, from Gun World, LLC in Elko, Nevada |
| 55. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXZV16 | November 24, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 56. | SIG Sauer model MCX Rattler 5.56x45mm semiautomatic pistol bearing serial number 63G015714 | November 24, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 57. | * Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7064083 | December 3, 2021, from Gun World, LLC in Elko, Nevada |
| 58. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7095358 | December 3, 2021, from Gun World, LLC in Elko, Nevada |
| 59. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 643-14842 | December 6, 2021, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 60. | GM Saginaw model M1919A4 7.62x51mm semiautomatic rifle bearing serial number 724020 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 61. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXY453 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 62. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386405319 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 63. | Springfield model Saint Victor 5.56x45mm semiautomatic pistol bearing serial number ST-509016 | December 20, 2021, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 64. | * Barrett Firearms Manufacturing, Inc. model 82A1 .50 BMG semiautomatic rifle bearing serial number AA013083 | December 21, 2021, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 65. | Patriot Ordnance Factory model P415 5.56x45mm semiautomatic rifle bearing serial number BB2100230 | December 29, 2021, from Gun World, LLC in Elko, Nevada |
| 66. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXYH72 | February 11, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |

| | | |
|---|---|---|
| 67. | Walther model Colt Rail Gun .22 LR semiautomatic pistol bearing serial number WD067117 | February 25, 2022, from Gun World, LLC in Elko, Nevada |
| 68. | Walther model Government .22 LR semiautomatic pistol bearing serial number WD069199 | February 25, 2022, from Gun World, LLC in Elko, Nevada |
| 69. | Ohio Ordnance Works model M240-SLR 7.62x39mm semiautomatic rifle bearing serial number 240708 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 70. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850159 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 71. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850158 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 72. | FN Herstal model FN15 5.56x45mm semiautomatic rifle bearing serial number FNA014071 | April 12, 2022, from Gun World, LLC in Elko, Nevada |
| 73. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA07454 | April 30, 2022, from Gun World, LLC in Elko, Nevada |
| 74. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BTMS676 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 75. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BVBN390 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 76. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR097687 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 77. | Century Arms model AP5 9x19mm semiautomatic pistol bearing serial number T062420CF00746 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 78. | Beretta model M9A4 9x19mm semiautomatic pistol bearing serial number BER806307 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 79. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BVFR385 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 80. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BPDM536 | May 28, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |

| | | |
|---|---|---|
| 81. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386422166 | May 28, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 82. | Barrett model M107A1 .50 BMG semiautomatic rifle bearing serial number AE009032 | June 3, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 83. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014327 | June 22, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 84. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386427208 | June 22, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 85. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA013205 | July 13, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |
| 86. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BWRC590 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 87. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM366 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 88. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM368 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 89. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386410942 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 90. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BUGR520 | July 21, 2022, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 91. | FN Herstal model SCAR 17 7.62x51mm semiautomatic rifle bearing serial number H1C12573 | July 29, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 92. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C12479 | July 29, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |
| 93. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C12634 | July 29, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |
| 94. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number HC52138 | July 30, 2022, from Sage Hill Arms, LLC in Winnemucca, Nevada |
| 95. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14445 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |

| | | |
|---|---|---|
| 96. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C11588 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 97. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C13417 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 98. | FN Herstal model SCAR 16S 5.56x45mm semiautomatic rifle bearing serial number L1C10452 | August 6, 2022, from Sage Hill Arms, LLC in Winnemucca, Nevada |
| 99. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014480 | August 15, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 100. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14718 | August 15, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 101. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14895 | August 21, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 102. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR085036 | September 6, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 103. | Zastava Arms model ZPAP85 5.56x45mm semiautomatic rifle bearing serial number Z85013999 | September 6, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 104. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BWXZ549 | September 6, 2022, from Freedom Firearms in Las Vegas, Nevada |
| 105. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM390 | September 6, 2022, from Freedom Firearms in Las Vegas, Nevada |
| 106. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BUBR464 | October 13, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 107. | FN Herstal model M249S 5.56x45mm rifle bearing serial number M249SA05736 | October 18, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 108. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014955 | December 16, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 109. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850432 | April 5, 2023, from Briarhawk Firearms & Ammunition in Las Vegas, Nevada |
| 110. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386437493 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |

| | | |
|---|---|---|
| 111. | * RWC Group (Kalashnikov) model KR 103 7.62x39mm semiautomatic rifle bearing serial number K3R0009730 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 112. | Zastava model ZPAPM70, 7.62x39mm semiautomatic rifle bearing serial number Z70146209 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 113. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386429871 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 114. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386384796 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 115. | * Century Arms model BFT47 7.62x39mm semiautomatic pistol bearing serial number BFT47P01988 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 116. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7084069 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 117. | Riley Defense model RAK 47 7.62x39mm semiautomatic rifle bearing serial number B50462 | April 5, 2023, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 118. | FN Herstal model FNX45 .45 ACP semiautomatic pistol bearing serial number FX3U095410 | April 13, 2023, from Gun World, LLC in Elko, Nevada |
| 119. | Beretta model M9A4, 9x19mm semiautomatic pistol bearing serial number BER841959 | April 13, 2023, from Gun World, LLC in Elko, Nevada |
| 120. | Zastava model Z92 7.62x39mm semiautomatic pistol bearing serial number Z92105810 | April 14, 2023, from Juggernaut Arms, LLC in Sparks, Nevada |
| 121. | * Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-145538 | April 14, 2023, from Juggernaut Arms, LLC in Sparks, Nevada |
| 122. | FN Herstal model SCAR 17S, 7.62x51mm semiautomatic rifle bearing serial number H1C20276 | April 14, 2023, from Reno Guns, Inc., doing business as Reno Guns & Range in Reno, Nevada |
| 123. | RWC Group (Kalishnikov) model KR-103, 7.62x39mm semiautomatic rifle bearing serial number K3R0013835 | April 14, 2023, from Reno Guns, Inc., doing business as Reno Guns & Range in Reno, Nevada |
| 124. | * Romarm / Cugir model Draco 7.62x39mm semiautomatic pistol bearing serial number ROA21DG-2707 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |

| | | |
|---|---|---|
| 125. | * Century Arms model BFT-47 7.62x39mm semiautomatic pistol bearing serial number BFT47P02574 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 126. | Romarm model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 22UF5249 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 127. | * Romarm model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 21A1-91941 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 128. | Century Arms model VSKA 7.62x39mm semiautomatic pistol bearing serial number MSV701007 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 129. | * Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-140838 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 130. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C19230 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 131. | Heckler Koch model HK45 .45 ACP semiautomatic pistol bearing serial number HKU061658 | April 19, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 132. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA06554 | May 8, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 133. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850436 | May 30, 2023, from Briarhawk Firearms & Ammunition in Las Vegas, Nevada |
| 134. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA016044 | June 11, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 135. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08317 | June 26, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 136. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08323 | July 29, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 137. | Ohio Ordnance Works model M240-SLR 7.62x51mm semiautomatic rifle bearing serial number 240959 | August 4, 2023, from High Roller Guns, LLC, doing business as High Roller Guns in Las Vegas, Nevada |

| | | |
|---|---|---|
| 138. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C23182 | December 7, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 139. | FN Herstal model SCAR 16S 5.56x45mm semiautomatic rifle bearing serial number L1C15323 | December 8, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 140. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08395 | January 25, 2024, from C-A-L Ranch Stores, LLC in Elko, Nevada |

on behalf of, or at the request or demand of persons known and unknown located in the foreign nation of Mexico, knowing and having reasonable cause to believe that such persons intended to use, carry, possess, or sell or otherwise dispose of the firearms in furtherance of a felony, a Federal crime of terrorism, or a drug trafficking crime, or intended to sell or otherwise dispose of the firearm to a person in furtherance of such purposes, and did conspire with JOHAN SEBASTIAN OSORIO, JUAN ANTONIO ORTIZ, and others known and unknown to do so, all in violation of Title 18, United States Code, Sections 932(b)(2) and (3).

## COUNT TWO
Trafficking in Firearms
(18 U.S.C. §§ 933(a)(1) and (3))

Beginning on or about April 1, 2020, and continuing up to and including on or about September 17, 2025, in the State and Federal District of Nevada and elsewhere,

**LUIS ALBERTO OSORIO,**

defendant herein, did ship, transport, transfer, cause to be transported, and otherwise dispose of the 140 firearms described in Count One of this Superseding Criminal Information to persons located in the foreign nation of Mexico, in and otherwise affecting interstate and foreign commerce, knowing and having reasonable cause to believe that the use, carrying, or possession of the firearm by the recipients would constitute a felony, and

did conspire with JOHAN SEBASTIAN OSORIO, JUAN ANTONIO ORTIZ, and others known and unknown to do so, all in violation of Title 18, United States Code, Sections 933(a)(1) and (3).

**COUNT THREE**
Harboring Certain Aliens
(8 U.S.C. §§ 1324(a)(1)(A)(iii) and (v))

Beginning on or about April 1, 2020, and continuing up to and including on or about September 17, 2025, in the State and Federal District of Nevada and elsewhere,

**LUIS ALBERTO OSORIO**,

defendant herein, knowing and in reckless disregard of the fact that aliens, including but not limited to:

1. Mariano Raul Avalos-Huerta;
2. Hector Cervantes-Sauceda, also known as "Alejandro Ochoa;"
3. Anthony Huerta-Cardona; and
4. Leandro Huerta-Orozco,

had come to, entered and remained in the United States in violation of law, did conceal, harbor, and shield from detection such aliens in buildings and other places for the purpose of commercial advantage and private financial gain, and engaged in a conspiracy with JOHAN SEBASTIAN OSORIO and others known and unknown to do so, all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v).

**COUNT FOUR**
Conspiracy to Money Launder
(18 U.S.C. § 1956(h))

Beginning on or about April 1, 2020, and continuing up to and including on or about September 17, 2025, in the State and Federal District of Nevada and elsewhere,

**LUIS ALBERTO OSORIO,**

defendant herein, JOHAN SEBASTIAN OSORIO, JUAN ANTONIO ORTIZ, and others known and unknown, knowingly combined, conspired, and agreed with each other to commit the following offenses against the United States:

A. To knowingly move by wire and other means, in and affecting interstate commerce, funds constituting criminally derived property and derived from specified unlawful activities, namely Straw Purchasing of Firearms in violation of 18 U.S.C. § 932(b)(2) and (3) as charged in Count One of this Superseding Criminal Information, and Trafficking in Firearms in violation of 18 U.S.C. § 933(a)(1) and (3) as charged in Count Two of this Superseding Criminal Information, with the intent to promote the carrying on of those specified unlawful activities, in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i),

B. To knowingly move by wire and other means, in and affecting interstate commerce, funds constituting criminally derived property and derived from specified unlawful activities, namely Straw Purchasing of Firearms in violation of 18 U.S.C. § 932(b)(2) and (3) as charged in Count One of this Superseding Criminal Information, and Trafficking in Firearms in violation of 18 U.S.C. § 933(a)(1) and (3) as charged in Count Two of this Superseding Criminal Information, with the intent to conceal and disguise the nature, location, source, ownership, and control of the proceeds of those specified unlawful activities, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i), all in violation of Title 18, United States Code, Section 1956(h).

## FORFEITURE ALLEGATION ONE

Straw Purchasing of Firearms and Trafficking in Firearms

1. The allegations of Counts One and Two of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 934(a)(1)(B).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Superseding Criminal Information,

**LUIS ALBERTO OSORIO**,

defendant herein, shall forfeit to the United States of America, any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3):

1. the 140 firearms described in Count One of this Superseding Criminal Information;
2. any and all compatible magazines and ammunition; and
3. including, but not limited to, $445,820.37

(all of which constitutes property).

3. If any property subject to forfeiture under 18 U.S.C. § 934(a)(1)(B), as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, under 21 U.S.C. § 853(p), to seek a criminal forfeiture money judgment including, but not limited to, $445,820.37 from any other property of the defendant for the property listed above.

All under Fed. R. Crim. P. 32.2(e); 18 U.S.C. § 932(b)(2) and (3); 18 U.S.C. § 933(a)(1) and (3); 18 U.S.C. § 934(a)(1)(B); and 21 U.S.C. § 853(p).

**FORFEITURE ALLEGATION TWO**

Straw Purchasing of Firearms and Trafficking in Firearms

1. The allegations of Counts One and Two of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Superseding Criminal Information,

**LUIS ALBERTO OSORIO,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3):

1. the 140 firearms described in Count One of this Superseding Criminal Information; and
2. any and all compatible magazines and ammunition;

(all of which constitutes property).

3. If any property subject to forfeiture under 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c) as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, under 21 U.S.C. § 853(p), to seek a criminal forfeiture money judgment including, but not limited to, $445,820.37 from any other property of the defendant for the property listed above.

All under Fed. R. Crim. P. 32.2(e); 18 U.S.C. § 932(b)(2) and (3); 18 U.S.C. § 933(a)(1) and (3); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

## FORFEITURE ALLEGATION THREE

Straw Purchasing of Firearms, Trafficking in Firearms

1. The allegations of Counts One and Two of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 924(d)(1), 2(C), and 3(G) with 28 U.S.C. § 2461(c).

2. Upon conviction of any of the felony offenses charged in Counts One and Two of this Superseding Criminal Information,

**LUIS ALBERTO OSORIO,**

defendant herein, shall forfeit to the United States of America, any firearm or ammunition intended to be used in 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3):

1. the 140 firearms described in Count One of this Superseding Criminal Information; and
2. any and all compatible magazines and ammunition

(all of which constitutes property).

3. If any property subject to forfeiture under 18 U.S.C. § 924(d)(1), 2(C), and 3(G) with 28 U.S.C. § 2461(c), as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, under 21 U.S.C. § 853(p), to seek a criminal forfeiture money judgment including, but not limited to, $445,820.37 from any other property of the defendant for the property listed above.

All under Fed. R. Crim. P. 32.2(e);18 U.S.C. § 932(b)(2) and (3); 18 U.S.C. § 933(a)(1) and (3); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p).

**FORFEITURE ALLEGATION FOUR**
Conspiracy to Money Launder

1. The allegations of Count Four of this Superseding Criminal Information are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1).

2. Upon conviction of the felony offense charged in Count Four of this Superseding Criminal Information,

**LUIS ALBERTO OSORIO,**

defendant herein, shall forfeit to the United States of America, any property, real or personal, involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h), or any property traceable to such property:

defendant herein, shall forfeit to the United States of America, any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1956(a)(1)(A)(i) or 1956(a)(1)(B)(i), specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1956(h), conspiracy to commit such offenses:

defendant herein, shall forfeit to the United States of America, any property, real or personal, involved in a violation of 18 U.S.C. § 1956(a)(1)(A)(i) or 1956(a)(1)(B)(i) and 18 U.S.C. § 1956(h), or any property traceable to such property:

an in personam criminal forfeiture money judgment including, but not limited to, $445,820.37.

3. If any property subject to forfeiture under 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1), as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, under 21 U.S.C. § 853(p), to seek a criminal forfeiture money judgment including, but not limited to, $445,820.37 from any other property of the defendant for the property listed above.

All under Fed. R. Crim. P. 32.2(e); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h); and 21 U.S.C. § 853(p).

DATED July 14, 2026.

TODD BLANCHE
Acting Attorney General

DANIEL J. COWHIG
CLAY PLUMMER
Assistant United States Attorneys