Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 1 of 15

FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD

AUG 14 2026

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: DEPUTY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>LUIS ALBERTO OSORIO,<br>Defendant. | 2:25-CR-269-RFB-BNW<br>**Preliminary Order of Forfeiture** |

This Court finds Luis Alberto Osorio pled guilty to Counts One through Four of a Four-Count Superseding Criminal Information charging him in Count One with straw purchasing of firearms in violation of 18 U.S.C. § 932(b)(2) and (3); in Count Two with trafficking in firearms in violation of 18 U.S.C. § 933(a)(1) and (3); in Count Three with harboring certain aliens in violation of 8 U.S.C. § 1324(a)(1)(A)(iii) and (v); and in Count Four with conspiracy to money launder in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h). Superseding Criminal Information, ECF No. __; Arraignment and Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds Luis Alberto Osorio agreed to the forfeiture of the property and the imposition of the in personam criminal forfeiture money judgment of $445,820.37 set forth in the Plea Agreement and the Forfeiture Allegations of the Superseding Criminal Information. Superseding Criminal Information, ECF No. __; Arraignment and Plea, ECF No. __; Plea Agreement, ECF No. __.

This Court finds, under Fed. R. Crim. P. 32.2(b)(1) and (b)(2), the United States of America has (1) proven the amount for the personal criminal forfeiture money judgment and (2) established the requisite nexus between the property set forth in the Plea Agreement

and the Forfeiture Allegations of the Superseding Criminal Information and the offenses to which Luis Alberto Osorio pled guilty.

The following property and money judgment are (1) any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of a violation of 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3); (2) any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3); (3) any firearm or ammunition intended to be used in 18 U.S.C. §§ 932(b)(2) and (3) and 933(a)(1) and (3); (4) any property, real or personal, involved in transactions or attempted transactions in violation of 18 U.S.C. § 1956(a)(1)(A)(i), 1956(a)(1)(B)(i), and 1956(h), or any property traceable to such property; (5) any property, real or personal, which constitutes or is derived from proceeds traceable to violations of 18 U.S.C. § 1956(a)(1)(A)(i) or 1956(a)(1)(B)(i), specified unlawful activities as defined in 18 U.S.C. §§ 1956(c)(7)(A) and 1961(1)(B), or 18 U.S.C. § 1956(h), conspiracy to commit such offenses; and (6) any property, real or personal, involved in a violation of 18 U.S.C. § 1956(a)(1)(A)(i) or 1956(a)(1)(B)(i) and 18 U.S.C. § 1956(h), or any property traceable to such property and are subject to forfeiture under 18 U.S.C. § 934(a)(1)(B); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(1); and 21 U.S.C. § 853(p):

A. the 140 firearms described in the chart below;

B. any and all compatible magazines and ammunition; and

C. including, but not limited to, $445,820.37

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 1. | SIG Sauer model P320 9x19mm semiautomatic pistol bearing serial number 58K002645 | April 14, 2020, from Gun World, LLC in Elko, Nevada |
| 2. | Land Warfare Resources Corporation (LWRC) model MCIC 5.56x45mm semiautomatic pistol bearing serial number 2466825 | May 22, 2020, from Gun World, LLC in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 3. | SIG Sauer model P365 9x19mm semiautomatic pistol bearing serial number 66A784468 | June 4, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 4. | Wilson model EDC X9 9x19mm semiautomatic pistol bearing serial number WCX6344 | July 3, 2020, from Gun World, LLC in Elko, Nevada |
| 5. | Ruger model 10/22 .22 LR semiautomatic rifle bearing serial number 001806488 | November 13, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 6. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64171709 | December 12, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 7. | Kel-Tec model PMR30 .22 WMR semiautomatic pistol bearing serial number WXSZ74 | December 12, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 8. | Kimber model Rapide .45 ACP semiautomatic pistol bearing serial number K709365 | December 19, 2020, from Reno Sparks Scheels in Sparks, Nevada |
| 9. | Kimber model 1911 .45 ACP semiautomatic pistol bearing serial number K741305 | December 30, 2020, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 10. | FN Herstal model SCAR 20S 7.62x51mm semiautomatic rifle bearing serial number PR15715 | January 6, 2021, from Gun World, LLC in Elko, Nevada |
| 11. | McMillan model MCRT .338 LM bolt-action rifle bearing serial number CK003 | January 11, 2021, from Gun World, LLC in Elko, Nevada |
| 12. | FIME model Rex Zero 1T 9x19mm semiautomatic pistol bearing serial number A15889 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 13. | FIME model Rex Zero 1TC 9x19mm semiautomatic pistol bearing serial number A23041 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 14. | FIME model Rex Zero 1TC 9x19mm semiautomatic pistol bearing serial number A23022 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 15. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BRNG875 | January 13, 2021, from Gun World, LLC in Elko, Nevada |

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 4 of 15

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 16. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7045347 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 17. | Century Arms model WASR 10 7.62x39mm semiautomatic rifle bearing serial number A18080820 | January 13, 2021, from Gun World, LLC in Elko, Nevada |
| 18. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64170424 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 19. | Zastava model ZPAP85 5.56x45mm semiautomatic pistol bearing serial number Z85010534 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 20. | Kel-Tec model PMR30 .22 MAG semiautomatic pistol bearing serial number WXWS90 | January 15, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 21. | Kimber model Micro 9 9x19mm semiautomatic pistol bearing serial number PB0344431 | March 7, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 22. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR055564 | March 20, 2021, from Gun World, LLC in Elko, Nevada |
| 23. | Glock model 19 9x19mm semiautomatic pistol bearing serial number BSCP449 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 24. | Glock model 19 9x19mm semiautomatic pistol bearing serial number BREM979 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 25. | Smith & Wesson model M&P 15 5.56x45mm semiautomatic rifle bearing serial number T536665 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 26. | Ruger model AR556 5.56x45mm semiautomatic pistol bearing serial number 85375643 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 27. | Century Arms model AP5 9x19mm semiautomatic pistol bearing serial number T062420CF00111 | March 26, 2021, from Gun World, LLC in Elko, Nevada |
| 28. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386397156 | March 26, 2021, from Gun World, LLC in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 29. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BPNC085 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 30. | * Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TS09387 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 31. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BRWK109 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 32. | Glock model G19 9x19mm semiautomatic pistol bearing serial number BEZW913 | April 1, 2021, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 33. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386401035 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 34. | FN Herstal model FNX 45 .45 ACP semiautomatic pistol bearing serial number FX3U147805 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 35. | CZ model P07 9x19mm semiautomatic pistol bearing serial number E071999 | April 1, 2021, from Gun World, LLC in Elko, Nevada |
| 36. | SIG Sauer model P320 9x19mm semiautomatic pistol bearing serial number 58J202119 | April 8, 2021, from Gun World, LLC in Elko, Nevada |
| 37. | Beretta model 92 9x19mm semiautomatic pistol bearing serial number A261903Z | April 22, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 38. | Windham model Superlight 5.56x45mm semiautomatic rifle bearing serial number WW265578 | April 22, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 39. | Kimber model Rapide 10mm Auto semiautomatic pistol bearing serial number KF103117 | April 22, 2021, from Gun World, LLC in Elko, Nevada |
| 40. | Glock model 19gen5 9x19mm semiautomatic pistol bearing serial number BSCP448 | April 22, 2021, from Gun World, LLC in Elko, Nevada |
| 41. | CZ model P10 9x19mm semiautomatic pistol bearing serial number F022053 | April 22, 2021, from Gun World, LLC in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 42. | * Colt's Patent Firearms Manufacturing Company Government Model .38 Super semiautomatic pistol bearing serial number GV019575 | April 29, 2021, from Gun World, LLC in Elko, Nevada |
| 43. | Springfield model Saint Victor 5.56x45mm semiautomatic pistol bearing serial number ST395207 | May 15, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 44. | Colt model Carbine 5.56x45mm semiautomatic rifle bearing serial number CR70854 | May 15, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 45. | HS Produkt/Springfield model XDM 10mm Auto semiautomatic pistol bearing serial number BA250225 | May 20, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 46. | FN Herstal model FN509 9x19mm semiautomatic pistol bearing serial number GKS0187057 | May 20, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 47. | Springfield model Saint 5.56x45mm semiautomatic pistol bearing serial number ST412941 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 48. | * Smith & Wesson model M&P 15 5.56x45mm semiautomatic pistol bearing serial number TT21239 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 49. | Springfield model Saint 5.56x45mm semiautomatic pistol bearing serial number SE88438 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 50. | DPMS Panther Arms model LR 308, .308 Winchester semiautomatic rifle bearing serial number FFK039181 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 51. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR048160 | May 21, 2021, from Gun World, LLC in Elko, Nevada |
| 52. | FN Herstal model FN15 5.56x45mm semiautomatic rifle bearing serial number M4CE00709 | November 11, 2021, from Gun World, LLC in Elko, Nevada |
| 53. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H0C26999 | November 11, 2021, from Gun World, LLC in Elko, Nevada |
| 54. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 64208824 | November 11, 2021, from Gun World, LLC in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 55. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXZV16 | November 24, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 56. | SIG Sauer model MCX Rattler 5.56x45mm semiautomatic pistol bearing serial number 63G015714 | November 24, 2021, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 57. | * Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7064083 | December 3, 2021, from Gun World, LLC in Elko, Nevada |
| 58. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7095358 | December 3, 2021, from Gun World, LLC in Elko, Nevada |
| 59. | Ruger model Ruger-5.7 5.7x28mm semiautomatic pistol bearing serial number 643-14842 | December 6, 2021, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 60. | GM Saginaw model M1919A4 7.62x51mm semiautomatic rifle bearing serial number 724020 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 61. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXY453 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 62. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386405319 | December 20, 2021, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 63. | Springfield model Saint Victor 5.56x45mm semiautomatic pistol bearing serial number ST-509016 | December 20, 2021, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 64. | * Barrett Firearms Manufacturing, Inc. model 82A1 .50 BMG semiautomatic rifle bearing serial number AA013083 | December 21, 2021, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 65. | Patriot Ordnance Factory model P415 5.56x45mm semiautomatic rifle bearing serial number BB2100230 | December 29, 2021, from Gun World, LLC in Elko, Nevada |
| 66. | Kel Tec model PMR 30 .22 WMR semiautomatic pistol bearing serial number WXYH72 | February 11, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 67. | Walther model Colt Rail Gun .22 LR semiautomatic pistol bearing serial number WD067117 | February 25, 2022, from Gun World, LLC in Elko, Nevada |
| 68. | Walther model Government .22 LR semiautomatic pistol bearing serial number WD069199 | February 25, 2022, from Gun World, LLC in Elko, Nevada |
| 69. | Ohio Ordnance Works model M240-SLR 7.62x39mm semiautomatic rifle bearing serial number 240708 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 70. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850159 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 71. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850158 | March 30, 2022, from Gun World, LLC in Elko, Nevada |
| 72. | FN Herstal model FN15 5.56x45mm semiautomatic rifle bearing serial number FNA014071 | April 12, 2022, from Gun World, LLC in Elko, Nevada |
| 73. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA07454 | April 30, 2022, from Gun World, LLC in Elko, Nevada |
| 74. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BTMS676 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 75. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BVBN390 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 76. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR097687 | May 7, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 77. | Century Arms model AP5 9x19mm semiautomatic pistol bearing serial number T062420CF00746 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 78. | Beretta model M9A4 9x19mm semiautomatic pistol bearing serial number BER806307 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 79. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BVFR385 | May 21, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 9 of 15

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 80. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BPDM536 | May 28, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 81. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386422166 | May 28, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 82. | Barrett model M107A1 .50 BMG semiautomatic rifle bearing serial number AE009032 | June 3, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 83. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014327 | June 22, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 84. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386427208 | June 22, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 85. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA013205 | July 13, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |
| 86. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BWRC590 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 87. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM366 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 88. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM368 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 89. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386410942 | July 21, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 90. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BUGR520 | July 21, 2022, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 91. | FN Herstal model SCAR 17 7.62x51mm semiautomatic rifle bearing serial number H1C12573 | July 29, 2022, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 92. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C12479 | July 29, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 93. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C12634 | July 29, 2022, from Sierra Jewelry & Loan of Nevada in Elko, Nevada |
| 94. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number HC52138 | July 30, 2022, from Sage Hill Arms, LLC in Winnemucca, Nevada |
| 95. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14445 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 96. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C11588 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 97. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C13417 | August 1, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 98. | FN Herstal model SCAR 16S 5.56x45mm semiautomatic rifle bearing serial number L1C10452 | August 6, 2022, from Sage Hill Arms, LLC in Winnemucca, Nevada |
| 99. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014480 | August 15, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 100. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14718 | August 15, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 101. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C14895 | August 21, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 102. | Colt model M4 Carbine 5.56x45mm semiautomatic rifle bearing serial number CR085036 | September 6, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 103. | Zastava Arms model ZPAP85 5.56x45mm semiautomatic rifle bearing serial number Z85013999 | September 6, 2022, from AGCLV, Inc., doing business as American Shooters in Las Vegas, Nevada |
| 104. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BWXZ549 | September 6, 2022, from Freedom Firearms in Las Vegas, Nevada |
| 105. | Glock model 17gen5 9x19mm semiautomatic pistol bearing serial number BXMM390 | September 6, 2022, from Freedom Firearms in Las Vegas, Nevada |

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 11 of 15

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 106. | Glock model 17 9x19mm semiautomatic pistol bearing serial number BUBR464 | October 13, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 107. | FN Herstal model M249S 5.56x45mm rifle bearing serial number M249SA05736 | October 18, 2022, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 108. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA014955 | December 16, 2022, from Reno Sparks Scheels in Sparks, Nevada |
| 109. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850432 | April 5, 2023, from Briarhawk Firearms & Ammunition in Las Vegas, Nevada |
| 110. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386437493 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 111. | * RWC Group (Kalashnikov) model KR 103 7.62x39mm semiautomatic rifle bearing serial number K3R0009730 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 112. | Zastava model ZPAPM70, 7.62x39mm semiautomatic rifle bearing serial number Z70146209 | April 4, 2023, from Arms-R-Us, LLC in Spring Creek, Nevada |
| 113. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386429871 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 114. | FN Herstal model Five-Seven 5.7x28mm semiautomatic pistol bearing serial number 386384796 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 115. | * Century Arms model BFT47 7.62x39mm semiautomatic pistol bearing serial number BFT47P01988 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 116. | Century Arms model VSKA 7.62x39mm semiautomatic rifle bearing serial number SV7084069 | April 4, 2023, from Gun World, LLC in Elko, Nevada |
| 117. | Riley Defense model RAK 47 7.62x39mm semiautomatic rifle bearing serial number B50462 | April 5, 2023, from C-A-L Ranch Stores, LLC in Elko, Nevada |
| 118. | FN Herstal model FNX45 .45 ACP semiautomatic pistol bearing serial number FX3U095410 | April 13, 2023, from Gun World, LLC in Elko, Nevada |

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 12 of 15

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 119. | Beretta model M9A4, 9x19mm semiautomatic pistol bearing serial number BER841959 | April 13, 2023, from Gun World, LLC in Elko, Nevada |
| 120. | Zastava model Z92 7.62x39mm semiautomatic pistol bearing serial number Z92105810 | April 14, 2023, from Juggernaut Arms, LLC in Sparks, Nevada |
| 121. | * Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-145538 | April 14, 2023, from Juggernaut Arms, LLC in Sparks, Nevada |
| 122. | FN Herstal model SCAR 17S, 7.62x51mm semiautomatic rifle bearing serial number H1C20276 | April 14, 2023, from Reno Guns, Inc., doing business as Reno Guns & Range in Reno, Nevada |
| 123. | RWC Group (Kalishnikov) model KR-103, 7.62x39mm semiautomatic rifle bearing serial number K3R0013835 | April 14, 2023, from Reno Guns, Inc., doing business as Reno Guns & Range in Reno, Nevada |
| 124. | * Romarm / Cugir model Draco 7.62x39mm semiautomatic pistol bearing serial number ROA21DG-2707 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 125. | * Century Arms model BFT-47 7.62x39mm semiautomatic pistol bearing serial number BFT47P02574 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 126. | Romarm model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 22UF5249 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 127. | * Romarm model WASR-10 7.62x39mm semiautomatic rifle bearing serial number 21A1-91941 | April 18, 2023, from Discount Firearms and Ammo, LLC, doing business as Discount Firearms in Las Vegas, Nevada |
| 128. | Century Arms model VSKA 7.62x39mm semiautomatic pistol bearing serial number MSV701007 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 129. | * Zastava model Z-PAP M70 7.62x39mm semiautomatic rifle bearing serial number Z70-140838 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 130. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C19230 | April 18, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 13 of 15

| No. | Firearm | Date and Place Acquired |
|---|---|---|
| 131. | Heckler Koch model HK45 .45 ACP semiautomatic pistol bearing serial number HKU061658 | April 19, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 132. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA06554 | May 8, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 133. | Ohio Ordnance Works model M2-SLR .50 BMG semiautomatic rifle bearing serial number 850436 | May 30, 2023, from Briarhawk Firearms & Ammunition in Las Vegas, Nevada |
| 134. | Barrett model M82A1 .50 BMG semiautomatic rifle bearing serial number AA016044 | June 11, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 135. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08317 | June 26, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 136. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08323 | July 29, 2023, from Reno Sparks Scheels in Sparks, Nevada |
| 137. | Ohio Ordnance Works model M240-SLR 7.62x51mm semiautomatic rifle bearing serial number 240959 | August 4, 2023, from High Roller Guns, LLC, doing business as High Roller Guns in Las Vegas, Nevada |
| 138. | FN Herstal model SCAR 17S 7.62x51mm semiautomatic rifle bearing serial number H1C23182 | December 7, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 139. | FN Herstal model SCAR 16S 5.56x45mm semiautomatic rifle bearing serial number L1C15323 | December 8, 2023, from Recon Unlimited, LLC, doing business as ReconArms in Las Vegas, Nevada |
| 140. | FN Herstal model M249S 5.56x45mm semiautomatic rifle bearing serial number M249SA08395 | January 25, 2024, from C-A-L Ranch Stores, LLC in Elko, Nevada |

(all of which constitutes property)

and an in personam criminal forfeiture money judgment of $445,820.37, not to be held jointly and severally liable with any codefendants, and that the property will not be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, Fed. R. Crim. P. 32.2(b)(2)(A), and 21 U.S.C. § 853(p).

/ / /

Case 2:25-cr-00269-RFB-BNW Document 59 Filed 07/30/26 Page 14 of 15

If any property subject to forfeiture under 18 U.S.C. § 934(a)(1)(B); 18 U.S.C. § 924(d)(1) with 28 U.S.C. § 2461(c); 18 U.S.C. § 924(d)(1), (2)(C), and (3)(G) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(A) with 28 U.S.C. § 2461(c); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(1), as a result of any act or omission of the defendant-

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States of America, under 21 U.S.C. § 853(p), to seek a criminal forfeiture money judgment including, but not limited to, $445,820.37 from any other property of the defendant for the property listed above.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America recover from Luis Alberto Osorio an in personam criminal forfeiture money judgment of $445,820.37.

/ / /

/ / /

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED 8/14, 2026.

RICHARD F. BOULWARE
UNITED STATES DISTRICT JUDGE